Krista S. Robinson, SBA No. 030868
Meghan M. Conlin, SBA No. 038541
ROBINSON LAW OFFICES
202 E. Earll Dr., Suite 490
Phoenix, Arizona 85012-2698
Telephone: (602) 885-2627
Fax: (602) 888-8531
E-mail: krista@robinsonlawoffices.com
meghan@robinsonlawoffices.com
*Attorneys for Plaintiff Megan Aune*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Megan Aune**, | ) |
| Plaintiff, | ) Case No. 2:24-CV-01492-DWL |
| vs. | ) |
| **Steward Health Care System, LLC**, a Delaware Limited Liability Company, **OnSite Care, Inc.**, a Delaware Corporation, **Thomas Thoits**, and **Darce Latsis**. | ) STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

The parties, by and through their undersigned counsel, hereby stipulate to dismiss the Plaintiff's Complaint with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted this 29th day of August 2024.

| | |
|---|---|
| RAY QUINNEY & NEBEKER P.C. | ROBINSON LAW OFFICES |
| By: s/*Zachary Wiseman (with permission)*<br>    Zachary Wiseman<br>    *Attorney for Defendants* | By: s/*Krista S. Robinson*<br>    Krista S. Robinson<br>    *Attorney for Plaintiff* |

**ROBINSON LAW OFFICES**
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627